Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VERNON F. WEIGUM, as Trustee of the VERNON F. WEIGUM FAMILY TRUST dated December 11, 1995, and dba WEIGUM'S LODI NURSERY,<br><br>　　　　Defendant. | No. 2:15-cv-02170-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendant Vernon F. Weigum, as Trustee of the Vernon F. Weigum Family Trust dated December 11, 1995, and dba Weigum's Lodi Nursery, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: March 9, 2016         MOORE LAW FIRM, P.C.

                             /s/ Tanya E. Moore
                             Tanya E. Moore
                             Attorney for Plaintiff,
                             Robert Kalani

Dated: March 9, 2016         SNIDER, DIEHL & RASMUSSEN, LLP

                             /s/ Trenton M. Diehl
                             Trenton M. Diehl
                             Attorneys for Defendant,
                             Vernon F. Weigum, as Trustee of the Vernon F.
                             Weigum Family Trust dated December 11, 1995,
                             and dba Weigum's Lodi Nursery

## **ORDER**

The parties having so stipulated and good cause appearing, it is hereby ordered that this action shall be DISMISSED with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT